UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>13-cv-11525-WGY</u>

DI VINCENZO
Plaintiff

v.

GREENFIELD et al
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

After a ruling on 10/30/2013, this Court Orders that Defendants' Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed.

Robert M. Farrell
Clerk of Court

By:      /s/  Jennifer  Gaudet
Deputy Clerk

November 13, 2013

Notice mailed to counsel of record.